Alex Reese (State Bar No. 280530)
areese@fbm.com
Michelle Kao (State Bar No. 322758)
mkao@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Octopus Data, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     vs.<br><br>OCTOPUS DATA, INC.,<br><br>               Defendant. | Case No. 22-cv-03921-YGR<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR RESPOND TO THE COMPLAINT UNDER LOCAL RULE 6-1(a)**<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:  July 5, 2022 |

1    Plaintiff Meta Platforms, Inc. ("Plaintiff") and Defendant Octopus Data, Inc.

2  ("Defendant"), collectively, "the Parties," by and through their undersigned counsel, jointly

3  submit this stipulation as follows:

4    WHEREAS, on July 5, 2022, Plaintiff filed the operative Complaint in the above-

5  captioned matter;

6    WHEREAS, on October 7, 2022, the Parties filed a Stipulation for Extension of Time for

7  Defendant to Answer or Respond to the Complaint Under Local Rule 6-1(a) ("October 7, 2022

8  Stipulation") (ECF No. 25), extending the time for Defendant to answer or respond to the

9  Complaint;

10    WHEREAS, the Parties are currently engaged in discussions to settle this litigation;

11    WHEREAS, the Parties agree to extend by an additional 7 days the deadlines set forth in

12  the October 7, 2022 Stipulation to allow the Parties time to further attempt to reach a settlement;

13    WHEREAS, the Parties agree that there is good cause supporting the requested extension;

14    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant,

15  through their respective counsel, and pursuant to Local Rule 6-1(a) of the United States District

16  Court for the Northern District of California, that Defendant will answer or respond to the

17  Complaint on or before December 5, 2022.

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  November 23, 2022            Respectfully submitted,

2                                        FARELLA BRAUN + MARTEL LLP

3

4                                        By:        /s/ Alex Reese
                                                 _____
5                                                  Alex Reese

6                                        Attorneys for Defendant Octopus Data, Inc.

7   Dated:  November 23, 2022            SUSMAN GODFREY L.L.P

8

9                                        By:        /s/ Kalpana Srinivasan
                                                 _____
10                                                 Kalpana Srinivasan

11                                       KALPANA SRINIVASAN
                                         CHANLER LANGHAM
12                                       OLEG ELKHUNOVICH
                                         MICHAEL GERVAIS
13                                       LEAR JIANG

14                                       Attorneys for Plaintiff Meta Platforms, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated:  November 23, 2022                    FARELLA BRAUN + MARTEL LLP


By:    _/s/ Alex Reese_____
        Alex Reese

Attorneys for Defendant Octopus Data, Inc.