KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oeklhunovich@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
LEAR JIANG (338600)
ljiang@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

CHANLER LANGHAM (*Pro Hac Vice*)
clangham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff,
Meta Platforms Inc

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>OCTOPUS DATA, INC.,<br><br>Defendant. | Case No. 22-cv-03921<br><br>**FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Meta Platforms, Inc. ("Meta") alleges the following:

11189191v1/017524

**INTRODUCTION**

1.      Since at least March 25, 2015, and continuing to the present, Defendant Octopus Data Inc., ("Octopus") has operated an unlawful service called Octoparse, which was designed to improperly collect or "scrape" user account profiles and other information from various websites, including Amazon, eBay, Twitter, Yelp, Google, Target, Walmart, Indeed, LinkedIn, Facebook and Instagram.

2.      Defendant's service used and offered multiple products to scrape data. *First*, Defendant offered to scrape data directly from various websites on behalf of its customers (the "Scraping Service").  *Second*, Defendant marketed, sold, and distributed software designed to scrape data from any website, including Facebook and Instagram, using a customer's self-compromised account (the "Scraping Software").  Defendant's Scraping Software was capable of scraping any data accessible to a logged in Facebook and Instagram user.  And the "premium" Scraping Software was designed to launch scraping campaigns from Defendant's computer network and infrastructure.  *Finally*, Defendant claimed to use and distribute technologies to avoid being detected and blocked by Meta and other websites they scraped.  Defendant marketed and sold the Octoparse products and services on at least the website octoparse.com.

3.      Defendant's conduct was not authorized by Meta and it violates Meta's and Instagram's terms and policies, and federal and California law.  Accordingly, Meta seeks damages and injunctive relief to stop Defendant's use of its platform and products in violation of its terms and policies.

**PARTIES**

4.      Plaintiff Meta is a Delaware corporation with its principal place of business in Menlo Park, California.  Meta operates, among other products, Facebook and Instagram.

5.      Defendant Octopus was incorporated in California on or about January 12, 2015, with its principal place of business in Diamond Bar, California.  Defendant operates through the website octoparse.com. Ex.1.  As of June 29, 2022, Yusheng Li and Ting Li are the Chief Executive Officer and the Chief Financial Officer of Octopus, respectively.  Ex. 2.  Yusheng Li and Ting Li are also directors of Octopus Data, as well as George Yang. *Id*.  According to its website, Defendant

encouraged the use of the Scraping Software to "fetch all types of social media data across major players like Facebook, Twitter, Instagram, YouTube, Flickr…." Ex. 3. And Defendant promoted the Scraping Software as a way to "quickly scrape web data without coding." Ex. 4. As of January 6, 2022, Defendant claimed that it had one million customers using its Scraping Services. Ex. 5.

6.     Octopus is a U.S. subsidiary of Shenzhen Vision Information Technology Co., Ltd., also known as Shenzhen Skieer Information Technology Co. Ltd ("SVIT"). SVIT is located in Shenzhen, China. Liu Baoqiang, also known as Keven Liu, is the founder and CEO of SVIT. SVIT's website, skieer.com, describes SVIT as a "national high-tech enterprise that aims to build a big data platform and is committed to providing big data software and industry solutions." *Id.* SVIT was named a "national high-tech enterprise" by China's Ministry of Science and Technology in November 2015.

7.     On or about March 25, 2015, SVIT's CEO, Keven Liu, registered the octoparse.com domain under the name Liu Bao Qiang using Alibaba Cloud Computing (Beijing) Co., Ltd. Ex. 6. By March 21, 2018, the registration was anonymized using privacy guard and information about the registrant was no longer publicly available. Ex. 7.

8.     SVIT's CEO promoted the Scraping Software on Facebook through his personal Facebook account. Several Octopus employees or those acting on its behalf created user accounts on Facebook to also promote the Scraping Software on Facebook.

**JURISDICTION AND VENUE**

9.     The Court has federal question jurisdiction over the federal causes of action alleged in this Complaint pursuant to 28 U.S.C. § 1331.

10.     The Court has supplemental jurisdiction over the state law causes of action alleged in the Complaint pursuant to 28 U.S.C. § 1367 because these claims arise out of the same nucleus of operative facts as Meta's federal claim.

11.     Defendant had multiple Facebook accounts and thereby agreed to Meta's Terms of Service and Commercial Terms (collectively "Meta's Terms"). The Court has personal jurisdiction over Defendant because Meta's Terms contain a forum selection clause that requires this complaint

be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County, and that Defendants submit to the personal jurisdiction of either of those courts.

12.    Defendant had multiple Instagram accounts and thereby agreed to the Instagram Terms of Use.  The Instagram Terms of Use contain a forum selection clause that requires this complaint be resolved by this Court, and that Defendant submit to the personal jurisdiction of this Court.

13.    Additionally, the Court has personal jurisdiction over Defendant because it knowingly directed and targeted its conduct at California and at Meta, which has its principal place of business in California.  Defendant is also incorporated in California and is located in Diamond Bar, California.

14.    By agreeing to the forum selection clause in Meta's Terms and Instagram's Terms of Use, Defendant agreed that this Court is the proper venue for this matter.

## FACTUAL ALLEGATIONS

### A.    Background on Facebook and Instagram

15.    Facebook is a social networking website and mobile application operated by Meta that enables its users to create their own personal profiles and connect with each other on their personal computers and mobile devices.  As of September 2022, Facebook daily active users averaged 1.98 billion and monthly active users averaged 2.96 billion.

16.    Instagram is a photo and video sharing service and mobile application.  Instagram users can upload photos and videos to Instagram and share them with others.  They can also view and comment on photos and videos shared by others on Instagram.

17.    To create a Facebook or Instagram account, Meta requires each user to register with a unique username and password.  Registered users can create user profiles and include information about themselves, including their email address, phone numbers, and date of birth.  Registered Facebook users can make connections on Facebook by becoming "friends" with other Facebook users and Instagram users can "follow" other Instagram users.

11189191v1/017524

18.     Meta provides Facebook and Instagram users control over how to customize their profiles and how much personal information to include in their profiles.  In addition, Facebook and Instagram privacy settings provide users with control over how much information is viewable publicly, to other Facebook and Instagram users, or to the users' friends and followers.

**B.     Meta and Instagram Terms and Policies**

19.     Everyone who uses Facebook agrees to Terms of Service (available at https://www.facebook.com/terms.php) ("Meta Terms") and other rules that govern access to and use of Facebook (collectively "Meta Terms and Policies").

20.     Everyone who uses Instagram agrees to Instagram's Terms of Use ("Instagram Terms") and to other rules that govern access to and use of Instagram, including Instagram's Community Guidelines and Platform Policy (collectively, "Instagram Terms and Policies").

21.     Section 3.3 of Meta's Terms provide that its users "own the intellectual property rights (things like copyright or trademarks) in any such content that [they] create and share on Facebook and other Meta Company Products [they] use."

22.     Instagram's Terms also provide that Instagram users have content that is "covered by intellectual property rights (like photos and videos) . . . ."

23.     Instagram's Terms and Section 3.2.1 of Meta's Terms prohibits users from "do[ing] . . . anything unlawful, misleading, [ ] or fraudulent" or facilitate or support others in doing so.

24.     Section 3.2.3 of Meta's Terms prohibits "access[ing] or collect[ing] data from [Facebook] Products using automated means (without our permission) or attempt[ing] to access data you don't have permission to access." The Instagram Terms also prohibit (a) "access[ing] or collect[ing] in unauthorized ways . . . [including] collecting information in an automated way without our express permission;" and (b) "violat[ing] someone else's rights, including intellectual property rights."

25.     Section 4 of Meta's Terms provides that Meta has intellectual property rights in various images, designs, videos, and sounds created by Meta, and retains its rights in its shared protected material.

11189191v1/017524

26.     Instagram's Terms also state that Instagram provides "content covered by intellectual property rights that we have and make available" and "retain all rights to our content."

**C.     Background on Scraping**

27.     Scraping is a form of data collection that relies on unauthorized automation for the purpose of extracting data from a website or app.

28.     To combat scraping and other abuse, Meta proactively uses a combination of technological measures designed to control access to Facebook and Instagram and to detect and disrupt scraping at different stages.

a.     Registration. Meta requires users of Facebook and Instagram to register for an account and login to the account before accessing and using the applications or websites. Meta monitors for the automated creation of accounts and blocks the registration of an account when the process of creating the account appears suspicious or automated or related to scraping.

b.     Confirmation. After registering, Meta requires Facebook and Instagram users to respond to an email or text message Meta sends to the contact information provided during registration.  Meta also limits the number of user accounts that can share the same phone number or email address.

c.     Post-Registration Monitoring for Suspicious Activity.     Facebook and Instagram apply machine-learning models, using user-agent strings and other information, to detect accounts engaged in suspicious activity, such as inauthentic behavior, compromised accounts, and automated accounts after registration. If an account is flagged for suspicious activity on Facebook and Instagram, Meta may ask the user to enter a phone number, confirm a code sent to the registration email, or ask the user to respond to various technical tests or "checks," including reCAPTCHA, to confirm that he or she is a human. Similarly, Instagram also uses machine learning and other tools to help identify accounts engaged in inauthentic activity (i.e., likes, follows, and comments).  These accounts may be temporarily or permanently blocked from accessing Facebook and Instagram. For example, between January and September of 2022, Meta identified and took enforcement actions against 3.1 billion fake accounts.

11189191v1/017524

d.     <u>Post-Registration Monitoring for Scraping</u>.     Meta also uses machine-learning models and other tools to detect and block users engaged in scraping based on use patterns that are inconsistent with a human user.  Meta also identifies and blocks IP addresses known to be used to scrape data.

e.     <u>Rate and Data Limits</u>.  Meta employs rate and data limits to control access to certain data and prevent scraping.  Rate limits cap the number of times anyone can interact with Meta computers in a given amount of time.  Data limits restrict how many times certain types of data can be requested by a user.  Once a user reaches a rate or data limit Meta will block a user's ability to access certain content. Meta blocks billions of suspected scraping actions per day across Facebook and Instagram using these measures.

29.     Despite Meta's efforts to stop scraping and block scrapers from accessing Facebook and Instagram, data scrapers can utilize self-compromised user accounts to pose as an authenticated user, and other techniques (as described below in paragraph 48), to circumvent Meta's detection measures.

**D.     <u>Defendant Accepted Meta's and Instagram's Terms and Policies</u>**

30.     At all relevant times, Defendant was bound by Meta's and Instagram's Terms and Policies.

31.     Between November 10, 2016, and July 5, 2022, the CEO of Octopus, Yusheng Li created and controlled at least five Facebook user accounts and one Instagram account:

a.      Defendant created a Facebook account on April 3, 2015, with the username "Li Isabel."

b.     Defendant created a Facebook account on November 10, 2016, with the username "Isabel Li."

c.     Defendant created a Facebook account on March 1, 2017, with the username "Isabel Li."

d.     Defendant created a Facebook account on September 27, 2017, with the username "Yina Huang."

FIRST AMENDED COMPLAINT
Case No. 22-cv-03921

11189191v1/017524

e.    Defendant created a Facebook account on March 4, 2018, with the username "Isabel Li."

f.    Defendant created an Instagram account on July 18, 2018, with the name "isabellaoscar001."

32.    Between December 16, 2007 and July 5, 2022, the CFO of Octopus, Ting Li created and controlled at least one Facebook user account with the name Bernice Li.

33.    Between April 8, 2012 and July 5, 2022, the CFO of Octopus, Ting Li created and controlled at least one Instagram accounts with the name isabella_angella.

34.    Between September 26, 2014 and July 5, 2022, the CEO of SVIT, Keven Liu created and controlled at least one Facebook user account with the name "Keven Liu".

35.    On or about March 17, 2016, Defendant, through its employees and agents, created a Facebook user account with the name "Octoparse."

36.    Between 2016 and 2021, Defendant, through its employees and agents, created and administrated five Facebook Pages, Octoparse Japan, Octoparse Español, Octoparse Français, Octoparse, and Octoparse Deutschland.   The Pages were also used to promote the Octoparse Scraping Services.

37.    On or about April 5, 2016, Defendant through its employees and agents, created a Facebook Group with the name Octoparse Users Club.

38.    Between August 4, 2017, and July 5, 2022, Defendant, through its employees and agents created and controlled two Facebook advertising accounts.   Defendant used Facebook to promote Octoparse as set forth in Figure 1.

FIRST AMENDED COMPLAINT
Case No. 22-cv-03921

11189191v1/017524

1

**Figure 1: November 20, 2019 Octoparse Advertisement on Facebook**



15   E.   <u>Defendant's Scraping Activity</u>

16   39.   Since at least March 25, 2015, Defendant has operated the website octoparse.com

17   where it (i) sold and distributed its Scraping Software designed to scrape data from Facebook,

18   Instagram, Twitter, YouTube, and other websites; (ii) promoted scraping data from Facebook and

19   Instagram (and any other website) for its customers; and (iii) developed, used, and distributed

20   technologies to circumvent Meta's technological measures designed to detect and disrupt scraping

21   of Facebook and Instagram.

22   40.   Defendant charged a range of prices for its Scraping Service and Software.   As

23   shown in Figure 2 below, Defendant developed and distributed a free and premium version (split

24   between a Standard Plan and a Professional Plan) of its Scraping Software.   Defendant also sold its

25   Scraping Service as part of the premium version of the Scraping Software and as a standalone

26   product starting at $399.

27

28

FIRST AMENDED COMPLAINT
Case No. 22-cv-03921

11189191v1/017524

**Figure 2: May 24, 2021 Screenshot of Octoparse Premium Pricing & Packaging on octoparse.com**



i.    *Octoparse Scraping Software*

41.    To obtain and use the free or premium version of the Scraping Software, Defendant required all customers to create an account on Defendant's website octoparse.com.    Defendant required customers to register using an email address and to create an Octoparse username and

10

11189191v1/017524

password.  After a customer registered on Defendant's website, a customer was required to select the free or premium version of the Scraping Software and download it to their computer.

42.    Defendant's website also enabled customers to add profile information (such as name and industry in which they worked), manage their subscriptions and purchase history with Defendant, and refer others to use Octoparse.

43.    After a customer downloaded the Scraping Software to their computer, the customer was required to login to their Facebook or Instagram account.  Once logged in, the Octoparse Scraping Software (free and premium versions) was designed so that the customer only had to click on the data they wanted to scrape from Facebook and Instagram to facilitate Defendant's scraping activities.  The free version of the Octoparse Scraping Software was designed to exfiltrate scraped data to the customer's computer.  The premium version of the Scraping Software was designed to exfiltrate the scraped data to servers controlled by Defendant.  Defendant stored the data scraped by the premium version on its servers for a minimum of three months by default.

44.    Defendant further facilitated scraping by allowing customers to schedule and launch scraping actions, without the customer visiting and browsing Facebook or Instagram, using IP addresses and servers controlled by Defendant.  To circumvent Meta's security requirement that a user enter a username and password, Octoparse required customers to first login to Facebook and Instagram and send their user authentication information to Defendant.  By doing this, the user self-compromised their Facebook and Instagram accounts.  Defendant then used the user's authentication information to access Meta's computers, while pretending to be the legitimate Facebook or Instagram user, to make unauthorized automated requests for data.

*ii.    Octoparse Scraping Service*

45.    In addition to its Scraping Software, Defendant offered a full-service scraping option where Octopus employees and agents used Octopus computers, IP addresses, and other technology to scrape data from various websites and delivered it to its customers, as shown in Figure 3, below.   Defendant presented that it could scrape data "across all major players like Facebook, Twitter, Instagram, YouTube, Flickr…." Ex. 3.

**Figure 3: April 5, 2022 Description of Defendant's Scraping Service on octoparse.com**

## Get data effortlessly

We get it. You want the data, not the headache.
Have peace of mind with the Octoparse data
extraction service.



**Quick, hassle-free**

Flexible, and scalable
With Octoparse web
scraping service, we
do all the work to
make sure accurate
data is delivered to
your team. You don't
have to build or
maintain. Get data
within days - not
weeks or months.



**Flexible, and
scalable**

The Octoparse data
solution is ideal for
projects of all sizes -
one-time or recurring,
from thousands of
records to millions of
records each day.
Scale as you grow.



**Reliable, high
quality data**

We have the
experience and
expertise to
understand your
requirements, solve
any scraping issues
and deliver exactly
just that. No more
data gaps and messy
datasets.



**Usable, formatted
data**

Ready-to-use data in
Excel or CSV, or
integrate with your
database. Directly
download via REST
API. No more data
gaps and messy
datasets.

46.     As shown in Figure 4, Defendant promoted the Scraping Service by stating "Sit back and relax. We'll get the data you need, the way you want it!" Customers who wanted to use Defendant's Scraping Service were required to schedule a consultation with Defendant during which the customer provided the name of the website and a description of the data they wanted scraped.

11189191v1/017524

**Figure 4: April 5, 2022 Screenshot Related to Defendant's Scraping Service from octoparse.com**



47.     According to Defendant's website, Defendant would assign an account manager to work one-on-one with the customer to confirm the scraping project specifications, and Defendant could build or maintain scraped datasets for a fee.

   *iii.* *Octoparse was Designed to Avoid Detection and Technological Measures*

48.     Defendant used, developed, manufactured, and offered to the public, scraping technology and services designed to circumvent Meta's technological measures that control access to data on Facebook and Instagram. According to Defendant's website:

   a. Defendant's premium version of the Scraping Software used an "IP Rotation" service that distributed large data requests across multiple IP addresses controlled by Defendant to avoid being detected and blocked.  Ex. 8.

   b. The Scraping Software was programmed to use an "auto-rotating web browser" function to avoid machine learning models that detected suspicious activity and blocked accounts. Specifically, Defendant's website claimed that its Software could "reduce the risk of being blocked" by automatically rotating an internet browser's real user-agent with a series of fake

11189191v1/017524

user-agents.  The user-agent is information that identifies a user's browser, browser version, and computer operating system to a website.  Ex 9.   According to Defendant, "using a [single] user agent for an abnormally large number of requests will lead you to the block (sic) and to "get past the block, you should switch user-agent frequency instead of sticking to one."  *Id.*

        c.      Defendant's Scraping Service and the Scraping Software used "hundreds of cloud servers each with a unique IP address" when accessing and scraping data in order to prevent Meta from identifying and blocking Defendant's IP addresses.  Exs. 3, 8, and 9.

        d.      The Scraping Software was designed to "incorporate random clicks and mouse movements" to make the scaping activity appear to be human rather than bot activity to avoid detection and being blocked by Meta's technological measures.  *Id.*

        e.      The Scraping Software was designed to access and scrape data at different or even random time intervals "to make the [access and] the scraping more human-like" in order to avoid detection and being blocked by Meta's technological measures.  *Id.*

        f.      As shown below in Figure 5, Defendant advertised that it used advanced anti-blocking tools like "handling login authentication, using automatic IP rotation, and resolving reCAPTCHA programmatically."   reCAPTCHA is a program designed to distinguish between human and automated access of a website.

FIRST AMENDED COMPLAINT
Case No. 22-cv-03921

**Figure 5: May 23, 2022 Screenshot of Defendant's Social Media Data Solutions page on octoparse.com**



49.    Defendant provided guidance on how to evade detection and anti-scraping measures used by various websites, including Meta, on a blog titled, "How to Scrape Websites Without Being Blocked in 5 Mins" and video tutorials on the Official Octoparse YouTube Channel.[1]  Defendant's guidance to avoid detection included the techniques described in paragraph 51 above - using a proxy server, which would conceal the user's true IP address and altering the user's actual user-agent string.  Ex. 9.

50.    Defendant provided step-by-step guidance on using the Octoparse to scrape data from Facebook and Instagram and avoid technological measures intended to prevent scraping.  For example, as recently as on or about December 6, 2021, a video posted by Octoparse to its official YouTube Channel is titled, "How to scrape Facebook accounts with Octoparse" and instructs

---

[1] Originally located at https://www.youtube.com/watch?v=B4VPmdteI5A (last visited July 22, 2022). Defendant has since made this video inaccessible to the public after this lawsuit was filed.

11189191v1/017524

viewers on how to use Octoparse Scraping Software to extract data from Facebook.[2]   Another

tutorial titled, "Scrape data from Instagram (Version 8.4)" was posted on or about November 2021

to the help center on octoparse.com and provides instructions on how to scrape data from

Instagram.[3]   Both tutorials direct customers to save their authentication information in the

Octoparse Scaping Software or Meta will "block" the scraping activity.

**F.**     **Meta's Enforcement Efforts**

51.     In July 2022, Meta took various technical enforcement measures against Defendant,

including disabling Facebook and Instagram accounts and Pages associated with Defendant.

**G.**     **Defendant Was Unjustly Enriched and Its Unlawful Acts Have Caused Damage and a**

**Loss to Meta**

52.     Defendant's violations of Meta's and Instagram's Terms and Policies have harmed

Meta.

53.     Meta suffered damages attributable to the efforts and resources it used to investigate

and remediate Defendant's conduct in an amount to be determined at trial, and in excess of $75,000.

54.     Since at least March 2015, Defendant has unjustly enriched itself at Meta's expense

in an amount to be determined at trial.   Meta is entitled to an accounting by Defendant and a

disgorgement of all unlawful profits gained from its conduct.

**FIRST CAUSE OF ACTION**

(Breach of Contract)

55.     Meta realleges and incorporates all preceding paragraphs here.

56.     Since at least March 25, 2015, Defendant, through its employees and agents, created

and used multiple Facebook and Instagram accounts and thereby agreed to Meta's and Instagram's

---

[2] Originally located at https://www.youtube.com/watch?v=dxKTTKlBTQo (last visited July 22, 2022). Defendant has since made this video inaccessible to the public after this lawsuit was filed.

[3] Originally located a https://www.helpcenter.octoparse.com/hc/en-us/articles/4407753230617-Scrape-data-from-Instagram-Version-8-4-. Defendant has since made this webpage inaccessible after this lawsuit was filed.

Terms and Policies.  Meta's and Instagram's Terms and Policies constitute an agreement between Defendant and Meta.

57.    Meta has performed all conditions, covenants, and promises required of them in accordance with Meta's and Instagram's Terms and Policies.

58.    Since at least March 25, 2015, Defendant offered and sold its Scraping Software and Scraping Services on the website octoparse.com.

59.    Defendant engaged with Facebook and Instagram in unauthorized ways.

60.    Defendant has breached and continues to breach Instagram's Terms and Meta Terms 3.2.1, 3.2.2, and 3.2.3.  Meta's Terms prohibit (a) using automated means without Meta's permission to scrape data from Facebook and Instagram; (b) facilitating others to scrape data from Facebook and Instagram without Meta's permission through Octoparse; and (c) violating the intellectual property rights of others by scraping copyright protected data.  Instagram's Terms also prohibit the same conduct.

61.    Defendant's many breaches have caused Meta to incur damages, including investigative costs, in an amount to be proven at trial.

62.    Meta likewise seeks injunctive relief.  As a direct result of Defendant's unlawful actions, Meta has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law, and which will continue unless Defendant's actions are enjoined.

63.    Defendant's acts also constitute unjust enrichment of Defendant at Meta's expense.

64.    Defendant received a benefit by profiting from its unauthorized use of Meta's computers, computer system, and computer network.  But for Defendant's wrongful, unauthorized, and intentional use of Facebook and Instagram, it would not have obtained such profits.

65.    Defendant's retention of the profits derived from its unauthorized use of Meta's computers, computer system, and computer network would be unjust.

66.    Meta seeks an accounting and disgorgement of Defendant's ill-gotten profits in an amount to be determined at trial.

FIRST AMENDED COMPLAINT
Case No. 22-cv-03921

11189191v1/017524

**SECOND CAUSE OF ACTION**

(Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 1201)

67.    Meta realleges and incorporates all paragraphs previously alleged here.

68.    Defendant violated 17 U.S.C. § 1201.

69.    Meta's Facebook product is copyright protected.

70.    Certain user generated content is also copyright protected and users grant Meta a non-exclusive, transferable, sub-licensable, royalty-free, and worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of that content consistent with the user's privacy and application settings.

71.    Meta uses technological measures designed to detect and disrupt automaton and scraping and that also effectively control access to Meta's and users' copyright protected works, including requiring users to register for an account and login to the account before using those products, monitoring for the automated creation of accounts, monitoring account use patterns that are inconsistent with a human user, employing a reCAPTCHA program to distinguish between bots and human users, identifying and blocking of IP addresses of known data scrapers, disabling accounts engaged in automated activity, and setting rate and data limits.

72.    Defendant has circumvented and is circumventing technological measures that effectively control access to copyright protected works and those of its users on Facebook and Instagram and/or portions thereof.

73.    Defendant manufactures, provides, offers to the public, or otherwise traffics in technology, products, services, devices, components, or parts thereof, that are primarily designed or produced for the purpose of circumventing technological measures and/or protection afforded by technological measures that effectively control access to copyright protected works and/or portions thereof.

74.    Defendant's Octoparse Scraping Services or parts thereof, as described above, have no or limited commercially significant purpose or use other than to circumvent technological measures that effectively control access to Meta and its user's copyrighted works and/or portions thereof in order to scrape copyright protected data from Facebook and Instagram.

11189191v1/017524

75.    Meta has been and will continue to be damaged in an amount not presently known with certainty, but which will be proven at trial.

76.    Defendant's conduct also has caused irreparable and incalculable harm and injuries to Meta, and, unless enjoined, will cause further irreparable and incalculable injury, for which Meta has no adequate remedy at law.

77.    Meta is entitled to the range of relief provided by 17 U.S.C. §§ 1201-1203, including, but not limited to, injunctive relief, compensatory damages or statutory damages, punitive damages, and Meta's costs and attorneys' fees in amounts to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Meta seeks a judgment awarding the following relief:

a.    A permanent injunction enjoining and restraining Defendant and its agents from accessing and using Facebook and Instagram;

b.    A permanent injunction requiring Defendant to identify the location of any and all data obtained from Facebook and Instagram, to delete such data, and to identify any and all entities with whom Defendant shared such data;

c.    A permanent injunction enjoining and restraining Defendant and its agents from soliciting and facilitating others to scape data from Facebook and Instagram, in violation of Meta's and Instagram's Terms;

d.    A permanent injunction enjoining and retraining Defendant from developing, distributing, and using and enabling others to use technologies and products designed to scrape data from Facebook and Instagram without first obtaining Meta's express permission;

e.    A permanent injunction enjoining and retraining Defendant from circumventing technological measures that effectively control access to copyright protected works on Facebook and Instagram;

f.    A permanent injunction enjoining and retraining Defendant from developing, distributing, and otherwise traffic technology, products, services, devices, components, or parts thereof, designed to circumvent technological measures that effectively control access to

11189191v1/017524

copyright protected works on Facebook and Instagram;

g.     A permanent injunction requiring Defendant to identify all its customers that scraped data from Facebook and Instagram;

h.     Compensatory damages in an amount to be proven at trial;

i.     Pre- and post-judgment interest as allowed by law;

j.     An accounting of Defendant's profits resulting from its scraping activity;

k.     Disgorgement of Defendant's profits resulting from its scraping activity; and

l.     All other equitable and legal relief the Court deems just and proper.

**PLAINTIFF RESPECTFULLY DEMANDS A JURY TRIAL.**

Dated: January 4, 2023                    Respectfully submitted,

**SUSMAN GODFREY L.L.P.**

By:     */s/ Kalpana Srinivasan*
        KALPANA SRINIVASAN
        CHANLER LANGHAM
        OLEG ELKHUNOVICH
        MICHAEL GERVAIS
        LEAR JIANG

Attorneys for Plaintiff Meta Platforms, Inc.

***Of Counsel:***

**META PLATFORMS, INC.**
**PLATFORM ENFORCEMENT AND**
**LITIGATION**

Jessica Romero
Michael Chmelar
Gabriella Orem

11189191v1/017524

# EXHIBIT 1

3744451

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---------|---------|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

– A **$100** filing fee.

– A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before* submitting the completed form, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

**JAN 1 2 2015**

ICC This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is ___ OCTOPUS DATA , INC. ___

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a 1505 corporation as the address for service of process is already on file.)

③ a. ___ YUSHENG LI ___
*Agent's Name*

b. ___ 721 BREA CANYON ROAD, SUITE 1 ___    WALNUT    CA 91789
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

**Corporate Addresses**

④ a. ___ 721 BREA CANYON ROAD, SUITE 1 ___    WALNUT    CA 91789
*Initial Street Address of Corporation - Do not list a P.O. Box*    *City (no abbreviations)*    *State*   *Zip*

b. ___
*Initial Mailing Address of Corporation, if different from 4a*    *City (no abbreviations)*    *State*   *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations. For more information, go to www.corp.ca.gov or call the California Department of Corporations at (213) 576-7500.)

⑤ This corporation is authorized to issue only one class of shares of stock.    **1,000,000**

The total number of shares which this corporation is authorized to issue is ___

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ ___ YUSHENG LI ___
*Incorporator – Sign here*    *Print your name here*

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV.05/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT 2



BA20220449580

B0871-6650 06/29/2022 4:15 PM Received by California Secretary of State



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20220449580 |
| Date Filed: 6/29/2022 |

---

**Entity Details**

| | |
| --- | --- |
| Corporation Name | OCTOPUS DATA, INC. |
| Entity No. | 3744451 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 3333 S. BREA CANYON ROAD, DIAMOND BAR, CA 91765 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 3333 S. BREA CANYON ROAD, DIAMOND BAR, CA 91765 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | 3333 S. BREA CANYON ROAD, DIAMOND BAR, CA 91765 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| YUSHENG LI | 3333 S. BREA CANYON ROAD, DIAMOND BAR, CA 91765 | Chief Executive Officer, Secretary |
| Ting Li | 3333 S. Brea Canyon Road, Diamond Bar, CA 91765 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| Yusheng Li | 3333 S. Brea Canyon Road, Diamond Bar, CA 91765 |
| Ting Li | 3333 S. Brea Canyon Road, Diamond Bar, CA 91765 |
| George Yang | 14551 Longwood Ave., Chino, CA 91710 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | YUSHENG LI |
| Agent Address | 14404 DESALES ST., CHINO, CA 91710 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | DATA SERVICE |

**Email Notifications**

| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*YUSHENG LI*
_____
Signature

*06/29/2022*
_____
Date

B0871-6651 06/29/2022 4:15 PM Received by California Secretary of State

# EXHIBIT 3

2022-02-24 - Screenshot from octoparse.com

 Octoparse




# Octoparse Managed Data Service

If SaaS is not your thing, no worries. We've got you covered.

Sit back and relax. We'll get the data you need, the way you want it!

**Schedule a Consultation**

or Submit a Form here >>

## Proudly serving a vast array of industries



**Social Media Data**

Fetch all types of social media data across major players like **Facebook**, **Twitter**, **Instagram**, **YouTube**, **Flickr**, and many more. Streamline your social flows including **posts**, **tweets**, **images**, **comments**, etc, discover the most engaging content and understand your customers more. Let's strategize your marketing success efficiently!

Download sample data ->



**E-Commerce & Retails**

Obtain data from broad marketplaces including **Amazon, eBay, Target, Wal-Mart**, and more. Power up your sales and marketing workflows with a comparative market analysis. Octoparse has retail **prices, promotions, SKUs, Product Descriptions, inventories** prepared for you. Uplift your retail management process to the next level with full automation!

Download sample data->



**Job Aggregation**

Sort job leads across websites like **Indeed, Linkedin, Glassdoor**, etc. Octoparse automates job discovery,



**Equity & Risk Management**

Extract data and company information from directory websites such as **BBB, Yellowpage, Crunchbase**,

URL: https://service.octoparse.com/data-service

fetches fresh job listings by **title, locations** and many more. We take the heavy lift for recruitment agencies, job boards and AI-driven job matching apps.

Download sample data ->

websites such as D&B, FreshBooks, Statasdata, **Thomasnet, TechCrunch**, and **corporate websites**. We are here to ensure you make sound financial decisions with relevant and updated information. Gear up your business with valuable data to avoid serious investment pitfalls!

Download sample data ->





### Content Aggregation

Stream the most up-to-date **press releases, academic journals, company news, auction bidding, news articles, blogs,** and more. We help to satisfy your huge source of data and gain a competitive advantage. Automate content feeds with the most valuable information into your platform in actual time.

Download sample data ->

### Hotels, Travel & Airlines

Stay ahead of the game by tracking **hotel prices, ratings, reviews** from online travel sites such as **Booking.com** and **TripAdvisor**. Deliver superior customer experience by always offering competitive and differentiated rates and amenities.

Download sample data ->

# Get data effortlessly

We get it. You want the data, not the headache. Have peace of mind with the Octoparse data extraction service.



### Quick, hassle-free

Flexible, and scalable With Octoparse web scraping service, we do all the work to make sure accurate data is delivered to your team. You don't have to build or maintain. Get data within days - not weeks or months.



### Flexible, and scalable

The Octoparse data solution is ideal for projects of all sizes - one-time or recurring, from thousands of records to millions of records each day. Scale as you grow.



### Reliable, high quality data

We have the experience and expertise to understand your requirements, solve any scraping issues and deliver exactly just that. No more data gaps and messy datasets.



### Usable, formatted data

Ready-to-use data in Excel or CSV, or integrate with your database. Directly download via REST API. No more data gaps and messy datasets.



## Leave the heavy lifting to us and focus on what you do best.




From crawler setup to data wrangling, to data integration, Octoparse managed service offers the one-complete solution to take care of all your data needs. Why live with the fuss when you can have the pros do it.

① **Make a request**

Give us the websites. Tell us which data you need.

② **Job Evaluated**

Your Octoparse Account Manager will work with you 1-1, making sure all project specs are met.

③ **Work in progress**

From building, maintaining, and up-keeping the project, we'll do it right.

④ **You're data-ready!**

Get the data you need, the way you want it.

**GET A QUOTA >>**



We're with you every step of the way

**Expertise**

We are the experts in Web Data Scraping. Tell us your ideas, and we'll help you plan them out. Hundreds of data experts standing by your side to help with your project even if the deadline is tomorrow.

**Robust Technology**

With over 5000 cloud servers located all over the world, plus advanced anti-blocking technologies, we've got your data covered, all the time, no matter what.

**SLA in Place**

Eliminate risk with a contractual agreement for on-time delivery, at the required quality. Get the right data or your money back - you have our word for it.

## Trusted by companies around the world












Over the past year or so, Octoparse has been a great tool for us to gain further insight into our market using their web-crawling features. They have plenty of information to help guide you through the process of setting up all types of tasks and if you still need assistance, their support team is always there to help you! For anyone looking to take a professional approach to expand their

I just wanted to commend you on the fast turnaround on the recent queries and support assistance that you have provided us. Prompt access to the pricing data we scrape from more than 20 retail liquor sites in Australia is pivotal to the success of our business and we are fortunate that Octoparse is totally in tune with our mission. We are not blessed with a dedicated IT team but

I used some web crawlers and made it by myself such as Python and other software(I forgot the name). But, they took a long time to make an algorithm and they are not intuitive. Octoparse is easy and fast for the beginner. It already had many kinds of format about the famous websites. So, I made the algorithms with the format in Octoparse for my Master's degree. Even I am not

*professional approach to expand their business. Octoparse is worth the investment.*

**— Charlotte F**

Data Analyst - Deltaautoparts.co.uk

*blessed with a dedicated IT team but Octoparse has always supported our rudimentary skills courteously and skillfully. We look forward to a long-term partnership.*

**— Mike Coomer**

Managing Director –Marketing Synergy Pty Ltd

*for my Master's degree. Even I am not good at it, the support team helped me very nice and kind in many ways. I really appreciate Octoparse and the support team.*

**— Jinseok Ha**

Majoring in Business Informatics in Hanyang university

## How can data empower you business?

Our customer stories inspire.



### Ecommerce data for product research and market analysis

"I am constantly fetching sales data from eBay. I am sure it would help me with my analysis in substantial ways in the near future."

*Read more*



### Newest financial data empowers players in the industry

"we are now reducing the time spent on this workflow to around 1/4. Octoparse is the major help for the content team."

*Read more*



### Lead generation: Turn web data into sales leads

"We distribute it to each member and they will make efficient phone calls periodically. Overall, this year witnesses a business growth of 100%."

*Read more*



### Property valuation: big data makes car appraisal easier

"Yes it is important for what it is to obtain the primary data with which you do the value calculations."

*Read more*

**All stories >>**

## Fuel your business with the right data

Free evaluation · Free data sample · Risk-free POC

URL: https://service.octoparse.com/data-service

2022-02-24 - Screenshot from octoparse.com



Copyright © 2022 Octopus Data Inc.. All Rights Reserved.

URL: https://service.octoparse.com/data-service

# EXHIBIT 4

2021-05-24 Screenshot from octoparse.com



## Octoparse

Product    Services    Pricing    Support    Download    Resources     Log in    Start a Free Trial

# Easy Web Scraping for Anyone

Quickly scrape web data without coding
Turn web pages into structured spreadsheets within clicks

Watch Demo    Try free for 14 days

## Extract Web Data in 3 Steps

Point, click and extract. No coding needed at all!

**Step 1**
Enter the website URL you'd like to extract data from

**Step 2**
Click on the target data to extract

**Step 3**
Run the extraction and get data

Group    Demo
Extraction URL    www.ama

Wizard Mode      Advanced Mode
+Task         +Task

Microsoft

# Advanced Web Scraping Features

Everything you need to automate your web scraping



### Easy to Use
Scrape all data with simple point and click. No coding needed.



### Deal With All Websites
Scrape websites with infinite scrolling, login, drop-down, AJAX...



### Download Results
Download scraped data as CSV, Excel, API or save to databases.



### Cloud Services
Scrape and access data on Octoparse Cloud Platform 24/7.



### Schedule Scraping
Schedule tasks to scrape at any specific time, hourly, daily, weekly...



### IP Rotation
Automatic IP rotation to prevent IP from being blocked.



Data Service





Help

May 24, 2021 at 1:39:04 PM

URL: https://www.octoparse.com/

# EXHIBIT 5

2022-01-06 - Screenshot from skieer.com, translated



**Empowering data fusion value**

Shenzhen Vision Information Technology Co., Ltd. is a national high-tech enterprise that aims to build a big data platform and is committed to providing big data software and industry solutions. The company has long provided customers with network data collection capabilities, data integration and analysis capabilities, and scenario-based solutions to help customers improve efficiency, reduce costs, and enhance business competitiveness.

### Network-wide data collection

It supports the data collection of the whole network, covering more than 5 million data sources, and the average daily data collection exceeds 1 billion. It is the data collection platform chosen and trusted by 1 million enterprise users around the world. It has ranked first in the data collection category of the "China Big Data Enterprise Rating White Paper" for 4 consecutive years.



### AI Consumer Insights

Integrating omni-channel consumer feedback data, using artificial intelligence (AI) and natural language processing (NLP) technologies to gain insight into product and business problems, it has helped many listed companies and Fortune 500 companies to improve customer satisfaction and market competitiveness enhancement.

### One-stop big data solution

Products and services cover big data business processes from data source acquisition, data cleaning, data analysis, text mining, decision assistance, etc., and have complete scenario-based solutions in market consulting, consumer insight, advertising effect monitoring, taxation, public security and other fields and numerous success stories.

## Rich and reliable big data products

Efficient and stable big data products and services to deeply mine business value for you

| 八爪鱼 | Octoparse | 云听CEM |
|---|---|---|
| **Octopus Collector** | **Octoparse** | **Cloud Listening CEM** |
| Octopus, a web data collector trusted by millions of users, has a simple and efficient collection experience, powerful collection functions, and collects an average of 1 billion data per day with fewer errors. | Octoparse was launched in Los Angeles, USA in March 2016. Within two years, it has achieved a relatively high market share in the English market, and has deeply cultivated markets such as North America, Europe and Japan. | CloudTing CEM focuses on customer experience management, aggregates customer voices across the network, analyzes in-depth emotional opinions, and supports high-accuracy analysis models for multiple industries. |
| View → | View → | View → |



## development path

DEVELOPMENT HISTORY

| Year 2014 | April | Received seed investment from Yang Yi, founder of Zhijin Capital and Zhijin |
| 2015 | January | Obtained the angel investment of listed company "Torsi" |
| | November | Obtained Shenzhen High-tech Enterprise Certification |
| 2016 | March | Octopus overseas version "Octoparse" launched in Los Angeles |
| | June | Obtained "Collaborative Innovation" Pre-A Investment |
| | December | Obtained the national high-tech enterprise certification |
| 2017 | January | Obtained "CITIC Capital" A round of investment |
| | December | CloudTing CEM customer experience management platform launched |
| 2018 | May | Global users exceeded 1 million |

## honorary award

| 2016~2018 | 2016.05 | 2016.11 | 2017.02 | 2017.03 |
|---|---|---|---|---|
| No. 1 in the data collection field of the Big Data Alliance for 4 consecutive years | Won the "Yunyi Award" in the "Cloud Guizhou" Big Data Business Model Competition | Won the title of "National High-tech Enterprise" | Best Industry Practice Cases of Big Data in China | The first big data outstanding case selection technology innovation award |

honor certificate

2022-01-06 - Screenshot from skieer.com, translated


Best Industry Practice Cases of
Big Data in China


high-tech enterprises


Shenzhen high-tech enterprise


High-tech excellent products

## Partner

Excellent partners are the cornerstone of our development and growth, Skieer looks forward to working with you for a win-win situation

   

   

   

   

   

   

   

   

  

   

Skieer | 视界信息

company

Company Introduction

about us

Copyright © 2023 Skieer

Shenzhen Vision Information Technology Co., Ltd. Copyright ©

2016- 2023

All rights reserved, Guangdong ICP No. 16082014 Service

Agreement

product

Octopus

Octopus

Cloud Listening OEM

solution

tax industry

Brand public opinion

Education Industry

E-commerce Industry

contact us

Tel: 0755-86702246

Email: sales@skieer.com

URL: http://skieer.com

EXHIBIT 6

2022-02-24 - Screenshot from domaintools.com

# 🔍 Inspect: octoparse.com

| Domain Profile | Screenshot History | **Whois History** | Hosting History | SSL Profile |

**2015-03-26** - (7 years ago)
1 identical record

| | |
|---|---|
| **Domain** | octoparse.com |
| **Record Date** | 2015-03-26 |
| **Registrar** | HICHINA ZHICHENG TECHNOLOGY LTD. |
| **Server** | grs-whois.hichina.com |
| **Created** | 2015-03-25 (7 years ago) |
| **Updated** | 2015-03-25 (7 years ago) |
| **Expires** | 2017-03-25 (5 years ago) |
| **Unique Emails** | • abuse@list.alibaba-inc.com<br>• 392011121@qq.com<br>• support@yinsibaohu.aliyun.com |

2022-02-24 - Screenshot from domaintools.com

```
Domain Name:octoparse.com
Registry Domain ID:
Registrar WHOIS Server: whois.hichina.com
Registrar URL: http://www.net.cn/
Updated Date:2015-03-25T01:09:44Z
Creation Date:2015-03-25T01:09:44Z
Registrar Registration Expiration Date:2017-03-25T01:09:44Z
Registrar: HICHINA ZHICHENG TECHNOLOGY LTD.
Registrar IANA ID: 420
Registrar Abuse Contact Email: abuse@list.alibaba-inc.com
Registrar Abuse Contact Phone: +86.4006008500
Reseller:
Domain Status:
Registry Registrant ID:HC-376021181-CN
Registrant Name:Liu Bao Qiang
Registrant Organization:Liu Bao Qiang
Registrant Street:Fu Tian Qu Yi Tian Cun Yi Rong Ji 2 Dong 15E,,
Registrant City:Shen Zhen Shi
Registrant State/Province:Guang Dong
Registrant Postal Code:518000
Registrant Country:CN
Registrant Phone:+86.75532994500
Registrant Phone Ext:
Registrant Fax:+86.75532994500
Registrant Fax Ext:
Registrant Email:392011121@qq.com
Registry Admin ID:HC-376021181-CN
Admin Name:Liu Bao Qiang
Admin Organization:Liu Bao Qiang
Admin Street:Fu Tian Qu Yi Tian Cun Yi Rong Ji 2 Dong 15E,,
Admin City:Shen Zhen Shi
Admin State/Province:Guang Dong
Admin Postal Code:518000
Admin Country:CN
Admin Phone:+86.75532994500
Admin Phone Ext:
Admin Fax:+86.75532994500
Admin Fax Ext:
Admin Email:392011121@qq.com
Registry Tech ID:hichina001-cn
Tech Name:hichina
Tech Organization:HiChina Web Solutions Limited
Tech Street:3/F., HiChina Mansion,No.27 Gulouwai Avenue,Dongcheng District
Tech City:Beijing
Tech State/Province:Beijing
Tech Postal Code:100011
Tech Country:CN
Tech Phone:+86.01065985888
Tech Phone Ext:
Tech Fax:+86.01065985438
Tech Fax Ext:
Tech Email:support@YinSiBaoHu.AliYun.com
Name Server:dns10.hichina.com
Name Server:dns9.hichina.com
```

URL: https://research.domaintools.com/iris/search/?q=octoparse.com

```
DNSSEC:unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Registry Billing ID:hichina001-cn
Billing Name:hichina
Billing Organization:HiChina Web Solutions Limited
Billing Street:3/F., HiChina Mansion,No.27 Gulouwai Avenue,Dongcheng District
Billing City:Beijing
Billing State/Province:Beijing
Billing Postal Code:100011
Billing Country:CN
Billing Phone:+86.01065985888
Billing Phone Ext:
Billing Fax:+86.01065985438
Billing Fax Ext:
Billing Email:support@YinSiBaoHu.AliYun.com
```

## Historical Records

129 records found

# EXHIBIT 7

2022-02-24 - Screenshot from domaintools.com

## 🔍 Inspect: octoparse.com

Domain Profile   Screenshot History   **Whois History**   Hosting History   SSL Profile

**2018-03-21** - (4 years ago)

| | |
|---|---|
| **Domain** | octoparse.com |
| **Record Date** | 2018-03-21 |
| **Registrar** | HiChina Zhicheng Technology Ltd. |
| **Server** | grs-whois.hichina.com |
| **Created** | 2015-03-25 (7 years ago) |
| **Updated** | 2017-03-23 (5 years ago) |
| **Expires** | 2019-03-25 (3 years ago) |
| **Unique Emails** | • support@yinsibaohu.aliyun.com<br>• domainabuse@service.aliyun.com<br>• 392011121@qq.com |

URL: https://research.domaintools.com/iris/search/?q=octoparse.com

```
Domain Name: octoparse.com
Registry Domain ID: 1913020623_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://whois.aliyun.com
Updated Date: 2017-03-23T20:41:05Z
Creation Date: 2015-03-25T01:09:44Z
Registrar Registration Expiration Date: 2019-03-25T01:09:44Z
Registrar: HiChina Zhicheng Technology Ltd.
Registrar IANA ID: 420
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Liu Bao Qiang
Registrant Organization: Liu Bao Qiang
Registrant Street: Fu Tian Qu Yi Tian Cun Yi Rong Ji 2 Dong 15E
Registrant City: Shen Zhen Shi
Registrant State/Province: Guang Dong
Registrant Postal Code: 518000
Registrant Country: CN
Registrant Phone: +86.75532994500
Registrant Phone Ext:
Registrant Fax: +86.75532994500
Registrant Fax Ext:
Registrant Email: 392011121@qq.com
Registry Admin ID: Not Available From Registry
Admin Name: Liu Bao Qiang
Admin Organization: Liu Bao Qiang
Admin Street: Fu Tian Qu Yi Tian Cun Yi Rong Ji 2 Dong 15E
Admin City: Shen Zhen Shi
Admin State/Province: Guang Dong
Admin Postal Code: 518000
Admin Country: CN
Admin Phone: +86.75532994500
Admin Phone Ext:
Admin Fax: +86.75532994500
Admin Fax Ext:
Admin Email: 392011121@qq.com
Registry Tech ID: Not Available From Registry
Tech Name: HiChina Web Solutions Limited
Tech Organization: HiChina Web Solutions Limited
Tech Street: Le Jia International No.999 Liang Mu Road Yuhang District
Tech City: Hangzhou
Tech State/Province: Zhejiang
Tech Postal Code: 311121
Tech Country: CN
Tech Phone: +86.57185022088
Tech Phone Ext:
Tech Fax: +86.57186562951
Tech Fax Ext:
Tech Email: support@YinSiBaoHu.AliYun.com
Name Server: DNS10.HICHINA.COM
Name Server: DNS9.HICHINA.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
```

2022-02-24 - Screenshot from domaintools.com

Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

Registry Billing ID: Not Available From Registry
Billing Name: HiChina Web Solutions Limited
Billing Organization: HiChina Web Solutions Limited
Billing Street: Le Jia International No.999 Liang Mu Road Yuhang District
Billing City: Hangzhou
Billing State/Province: Zhejiang
Billing Postal Code: 311121
Billing Country: CN
Billing Phone: +86.57185022088
Billing Phone Ext:
Billing Fax: +86.57186562951
Billing Fax Ext:
Billing Email: support@YinSiBaoHu.AliYun.com

## Historical Records

129 records found

URL: https://research.domaintools.com/iris/search/?q=octoparse.com

# EXHIBIT 8

 

Octoparse | Product | Services | Pricing | Support | Download | Resources | Log in | **Start a Free Trial**

### Easily Extract Any Web Data

Octoparse is everything you need for automatic data extraction. Quickly scrape web data without coding and turn web pages into structured data within clicks!

Start Trial



## Engineered for Most Data Extraction Requirements

   

**Price Monitoring**
Track and monitor prices. Extract data from your competitors. Scrape real-time data within several clicks.

**Lead Generation**
Easily extract massive leads and build your sales list within minutes. No need to care at all.

**Marketing**
Use scraped web data to improve your marketing strategies. Make better predictions and decisions.

**Research**
Extract online data to power your research or data models. Instantly get your research underway.

 Data Service

 Support



### Point-and-Click Interface

Click any web data to extract - Octoparse applies advanced machine learning algorithm to accurately locate the data at the moment you click on it. Open a website in the built-in browser and start a scraping task by clicking and dragging. Octoparse handles all the messy work behind the screen for you.

Free Download



### Deal With All Sorts of Websites

Never be frightened by any complicated website JavaScript, AJAX, or any dynamic website, we have you all covered.
Easily scrape behind a login, fill in forms, input search terms, click through infinitive scroll, switch drop downs and so much more.
Capture anything from webpages like text, link, image URL, or html code.

Free Download



### Cloud Extraction

No more worries about high cost hardware maintenance or network infrastructure. Octoparse's Cloud Platform allows for 6 to 20 times faster data extraction, running the extraction task 24/7. Data is scraped and stored in the Cloud and accessible from any machine.

Buy Now



### Automatic IP Rotation

Octoparse Cloud Service is supported by hundreds of Cloud servers, each with a unique IP address. When an extraction task is set to execute in the Cloud, requests are performed on the target website through various IPs, minimizing the chances of being traced and blocked.

Buy Now



### Schedule Extraction

Do you need to get the new data from any website that updates consistently? Cloud Extraction enables a task to be scheduled to run at any specific time of the day, week or month. To further support real-time scraping, you can even schedule the task to run every 1-minute interval.

Buy Now



### API, CSV, Excel, Database

Access the extracted data via Excel or API, or export to your own database. Connect with Octoparse API and have the data delivered automatically to your own systems. Get data, export data, publish data, or use it in any creative way via automatic integration.

Start Trial

**Company**
About Us
Terms and Conditions
Beta Scraping Service
Affiliate Program / Log in
@Octoparse Japan
@Octoparse Español

**Product**
Product
Pricing
Features
Download
Web Scraping Blog
Word & Web Scraping

**Resources**
Help Center
Web Scraping FAQs
Beta Scraping API
Advanced API
Tutorials, V C # J & L X
Contact / Support

Getting started with web scraping to day by creating an account!

Sign up →

Already have an account? Log in now.



® 2022 @Octoparse Data Inc

# EXHIBIT 9

2022-05-11 - Screenshot from octoparse.com



URL: https://www.octoparse.com/blog/scrape-websites-without-being-blocked