UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **META PLATFORMS, INC.,**<br>Plaintiff,<br>v.<br>**OCTOPUS DATA, INC.,**<br>Defendant. | Case No. 4:22-cv-03921-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 32 |

On December 14, 2022, defendant Octopus Data, Inc. filed a motion to dismiss plaintiff's second cause of action for unjust enrichment. (Dkt. No. 32.) Plaintiff has since timely filed a first amended complaint that has dropped the second cause of action for unjust enrichment. (Dkt. No. 35.) Accordingly, the motion to dismiss at Docket Number 32 is denied as moot and the hearing is vacated.

This Order terminates Docket Number 32.

**IT IS SO ORDERED.**

Dated: January 4, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**